IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Dino Laroza, Individually and d/b/a Premier Autocare Manteca Transmission a/k/a Premier Transmission Auto Repair; Anthony C. Patti, Individually and as Trustee of the Anthony and Marion Patti Trust, UAD 5-2-90; Marion A. Patti, Individually and as Trustee of the Anthony and Marion Patti Trust, UAD 5-2-90,<br><br>        Defendants.<br>_____ | 2:12-cv-00926-GEB-CKD<br><br>ORDER |

      All parties have consented to proceed before the Magistrate Judge for all purposes. See Joint Status Report 4:21-25, ECF No. 13.

      If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See Local Rule 305(b) (prescribing "notwithstanding the

1

consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  July 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:12-cv-00926-CKD. Further, any matter currently scheduled before the District Judge is vacated.

This matter is set for a status conference before the undersigned on August 22, 2012 at 10:00 a.m. in courtroom no. 26.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE